UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :   CV-17-77
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I <u>Elizabeth A. Winkowski</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   <u>Edelson PC</u>

<u>350 North LaSalle Street</u>

<u>Chicago, Illinois 60654</u>

Office Telephone:   <u>(312) 589-6370</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

<u>Supreme Court of Illinois (11/06/14); U.S. District Court for the Northern District of Illinois (07/29/15)</u>

My attorney Identification number is: <u>IL6316704</u>

---

**FOR COURT USE ONLY**

____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

_X_ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]    Date: 2/9/17