IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAH GOULD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**EEG, INC. d/b/a Empire Beauty Schools**, a Delaware corporation,<br><br>*Defendant.* | Case No. 3:17-cv-00077<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF SERVICE

I, David S. Senoff, Esquire, do hereby certify that a true and correct copy of the Summons and Class Action Complaint were served upon Defendant, EEG, Inc. d/b/a Empire Beauty Schools on February 3, 2017 by personal service and accepted by Joseph Piazza, Chief Financial Officer of EEG, Inc. A true and correct copy of the Affidavit of Chad Spotts, a Process Server with B&R Services is attached hereto and marked as Exhibit "A."

Respectfully submitted,

Dated: March 6, 2017

**LEAH GOULD**, individually and on behalf of all others similarly situated,

By: /s/ David S. Senoff
One of Plaintiff's Attorneys

David S. Senoff
dsenoff@anapolweiss.com
ANAPOL WEISS

One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, Pennsylvania 19103
Tel: 215.735.2098
Fax: 215.875.7701

Eve-Lynn Rapp
erapp@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Class*