IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEAH GOULD**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**EEG, INC. d/b/a Empire Beauty Schools**, a Delaware corporation,<br><br>*Defendant.* | Case No. 3:17-cv-00077<br><br>Hon. Malachy E. Mannion |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Elizabeth A. Winkowski, Esquire, of Edelson PC on behalf of Plaintiff Leah Gould.

Respectfully,

Dated: March 7, 2017                    /s/ Elizabeth A. Winkowski

Elizabeth A. Winkowski
(*admitted pro hac vice*)
ewinkowski@edelson.com
EDELSON PC
Atty ID No. IL6316704
350 North LaSalle Street, 13th Floor
Chicago, IL 60654
Tel.: (312) 589-6370
Fax: (312) 589-6378

1

2

**CERTIFICATE OF SERVICE**

    I, Elizabeth Winkowski, an attorney, hereby certify that on March 7, 2017, I served the above and foregoing to by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                        s/ Elizabeth A. Winkowski