# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAH GOULD, individually and on behalf of all others similarly situated, *Plaintiff*, v. EEG, INC. d/b/a Empire Beauty Schools, a Delaware corporation, *Defendant.* | Case No. 3:17-cv-00077 (Judge Wilson) |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Leah Gould ("Plaintiff") and Defendant EEG, Inc. d/b/a Empire Beauty Schools ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action is hereby voluntarily dismissed with prejudice as to the individual claims asserted by Plaintiff and without prejudice as to the claims of the putative class. Each party shall bear its own costs and attorneys' fees.

Dated: July 14, 2020                Respectfully submitted by:

                                    **LEAH GOULD**, individually and on behalf of all others similarly situated,

                                    By: /s/ Lily E. Hough
                                    One of Plaintiff's Attorneys

David S. Senoff, PA 65278
dsenoff@anapolweiss.com
ANAPOL WEIS
One Logan Square
130 North 18th Street, Suite 1600
Philadelphia, Pennsylvania 19103
Tel: 215.735.2098
Fax: 215.875.7701

Rafey S. Balabanian
(*pro hac vice*)
rbalabanian@edelson.com
Lily E. Hough
(*pro hac vice*)
lhough@edelson.com
EDELSON PC
123 Townsend Street,
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff and the Class*

Dated: July 14, 2020                    **EEG, INC.,**

By: /s/ Lauri A. Mazzuchetti
One of Defendant's Attorneys

Lauri A. Mazzuchetti
(*pro hac vice)*
William S. Gyves
(*pro hac vice*)
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: lmazzuchetti@kelleydrye.com
Email: wgyves@kelleydrye.com

Sudhir R. Patel, PA 75914
FANELLI, EVANS & PATEL, P.C.
One Mahantongo Street
Pottsville, PA 17901
Tel.: (570) 622-2455
Fax: (570) 622-5336
Email: spatel@feplawyers.com

*Attorneys for Defendant EEG, Inc. d/b/a
Empire Beauty Schools*

## FILER'S ATTESTATION

I, Lily E. Hough, am the ECF user whose identification and password are being used to file this Stipulation of Voluntary Dismissal. I hereby attest that all signatories listed on the preceding page concur in this filing.

/s/      Lily E. Hough

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2020, I served the above and foregoing by causing a true and accurate copy of such paper to be delivered to the persons shown below via the Court's CM/ECF system:

Lauri A. Mazzuchetti
William S. Gyves
KELLEY DRYE & WARREN LLP
One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
Email: lmazzuchetti@kelleydrye.com
Email: wgyves@kelleydrye.com

Sudhir R. Patel, PA 75914
FANELLI, EVANS & PATEL, P.C.
One Mahantongo Street
Pottsville, PA 17901
Tel.: (570) 622-2455
Fax: (570) 622-5336
Email: spatel@feplawyers.com

*Attorneys for Defendant EEG, Inc. d/b/a*
*Empire Beauty Schools*

/s/      Lily E. Hough

4